Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Angel Robert Benitez, et al. <br><br> Defendants. | CASE NO. 12-cv-00735-LJO-SMS <br><br> PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE and ORDER <br> (Doc. 6) |

TO THE HONORABLE SANDRA M. SNYDER, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference in this action, presently set for Tuesday, August 7, 2012 at 9:30 a.m. to a new date approximately thirty (30) to forty-five (45) days forward. This request is necessitated by the fact that the Defendants Angel Robert Benitez and Angela Gonzalez have not yet answered Plaintiff's Complaint despite service of suit papers.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendants. As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Initial Scheduling Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference presently scheduled for Tuesday, August 7, 2012 to a new date approximately thirty (30) to forty-five (45) days forward.

                                        Respectfully submitted,

Dated: August 7, 2012         */s/ Thomas P. Riley*
                                        **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                        By: Thomas P. Riley
                                        Attorneys for Plaintiff
                                        J & J Sports Productions, Inc.

## **ORDER**

IT IS HEREBY ORDERED that:

1. Plaintiff promptly obtain the proof of service on Defendant, Angela Gonzalez, and e-file same with the court.
2. Plaintiff promptly follow-up on the status of service on Defendant, Angel Robert Benitez, and e-file a proof of service of same -OR- a status report re: service with the court.
3. The Scheduling Conference is CONTINUED from 8/7/12 @ 9:30am before Judge Snyder to 10/2/12 @ 10:30am before Judge Snyder, for which Mr. Riley may appear telephonically.
4. Plaintiff promptly serve a copy of this Order on Defendants and e-file a Certification of Service with the court.
5. Subsequent ex parte applications and/or stipulations to continue will not be considered unless accompanied by affidavits or declarations and, where appropriate, attached exhibits which establish good cause for granting the relief requested.
6. 

IT IS SO ORDERED.

Dated:   **August 7, 2012**                        **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE

8.
9.