1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | Case No.: 1:12-cv-00735-LJO-SMS |
| Plaintiff, | ) ) | **ORDER VACATING ENTRY OF DEFAULT** |
| vs. | ) ) | |
| ANGEL ROBERT BENITEZ and ANGELA GONZALEZ, individually and d/b/a SANGER POOL HALL, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) ) ) ) ) | |

        **GOOD CAUSE APPEARING**, it is hereby ordered that the parties' stipulation to set

aside entry of default is hereby granted.  Defendant Angela Gonzalez, individually and d/b/a

Sanger Pool Hall is ordered to file her answer to plaintiff J & J Sports Productions, Inc.'s

complaint within one week of today.


IT IS SO ORDERED.

    Dated:   __October 16, 2012__              _____/s/ Sandra M. Snyder__
                                              UNITED STATES MAGISTRATE JUDGE

_[proposed] Order Setting Aside Default_                                              1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*[proposed] Order Setting Aside Default*                                                                    2