UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No.: 1:12-cv-00735-LJO-SMS |
| Plaintiff, | **ORDER VACATING ENTRY OF DEFAULT** |
| vs. | |
| ANGEL ROBERT BENITEZ and ANGELA GONZALEZ, individually and d/b/a SANGER POOL HALL, | |
| Defendants. | |

**GOOD CAUSE APPEARING**, it is hereby ordered that the parties' stipulation to set aside entry of default is hereby granted. Defendant Angela Gonzalez, individually and d/b/a Sanger Pool Hall is ordered to file her answer to plaintiff J & J Sports Productions, Inc.'s complaint within one week of today.

IT IS SO ORDERED.

Dated:   **October 16, 2012**          /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

*[proposed] Order Setting Aside Default*                                                   1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28