Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGEL ROBERT BENITEZ, et al., <br><br> Defendants. | Case No.  1:12-cv-00735-LJO-SMS <br><br> **PLAINTIFF J & J SPORTS PRODUCTIONS, INC. AND DEFENDANTS ANGEL ROBERT BENITEZ AND ANGELA GONZALEZ'S STIPULATION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE** <br><br> DATE:  Tuesday, January 8, 2013 <br><br> TIME:   10:30 A.M. |

TO THE HONORABLE SANDRA M. SYNDER, THE PARTIES, AND THEIR

ATTORNEY/S OF RECORD:

1.      By and through their counsel, Plaintiff J & J Sports Productions, Inc. and Defendant

Angel Robert Benitez and Angela Gonzalez, hereby agree, stipulate, and respectfully request that this

Honorable Court continue the Initial Scheduling Conference in this action, presently set for Tuesday,

January 8, 2013 at 10:30 AM.

2.      This request is necessitated by the fact that Mr. Thomas P. Riley, Plaintiff's counsel of

record, will undergo knee surgery on January 8, 2013 and will be hospitalized for at least one night

(Please see Exhibit 1 attached hereto).

///

///

4.      Defense counsel Matthew A. Pare is agreeable to the new date of the Tuesday, January 15, 2013 in lieu of the January 8, 2013 date presenting the scheduling conflict for Plaintiff's counsel.

**WHEREFORE,** The Parties respectfully request that this Honorable Court continue the upcoming Initial Scheduling Conference presently scheduled for Tuesday, January 8, 2013 to a new date of Tuesday, January 15, 2013 at 9:30 A.M.

Respectfully submitted,

Dated: January 3, 2013          /s/ Thomas P. Riley
                                **LAW OFFICES OF THOMAS P. RILEY**
                                By: Thomas P. Riley
                                Attorneys for Plaintiff
                                J & J Sports Productions, Inc..

Dated: January 3, 2013          /s/ Matthew A. Pare
                                **LAW OFFICES OF MATTHEW PARE**
                                By: Matthew A. Pare
                                Attorneys for Defendants
                                Angel Robert Benitez and Angela Gonzalez

**<u>ORDER</u>**

**IT IS HEREBY ORDERED** that the Initial Scheduling Conference in civil action 1:12-cv-00735-LJO-SMS styled *J & J Sports Productions, Inc. v. Benitez, et al.,* is hereby continued from Tuesday, January 8, 2013 to a new date of Tuesday, January 15, 2013 at 9:30 A.M.

**IT IS SO ORDERED:**

/s/ SANDRA M. SNYDER _____          Dated:_____1/4/2013_____
**SANDRA M. SYNDER**
**UNITED STATES MAGISTRATE JUDGE**

///
///
///
///
///
///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 3, 2013, I served:

**PLAINTIFF J & J SPORTS PRODUCTIONS, INC. AND DEFENDANTS ANGEL ROBERT BENITEZ AND ANGELA GONZALEZ'S STIPULATION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Matthew A. Pare                                    Attorneys for Defendants
**MATTHEW PARE LAW OFFICES**
333 H Street, Suite 5059
Chula Vista, CA 91910
e-mail: mattparelawca@gmail.com

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 3, 2013, at South Pasadena, California.

Dated: January 3, 2013                    */s/ Maria Baird*
                                                          **MARIA BAIRD**