UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ANGEL ROBERT BENITEZ, et al., <br><br> Defendants. | **CASE NO. CV F 12-0735 LJO SMS** <br><br> **ORDER AFTER SETTLEMENT** <br><br> **(Doc. 35.)** |

Plaintiff's counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than December 2, 2013**, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the **February 25, 2014 pretrial conference and Apirl8, 2014 trial**, which are subject to immediate resetting before any district judge of this Court if settlement is not completed timely.

Failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This

1

Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

    Dated: **October 31, 2013**       **/s/ Lawrence J. O'Neill**
                                                                     UNITED STATES DISTRICT JUDGE