UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 12-0735 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 38.) |
| vs. | |
| ANGEL ROBERT BENITEZ, et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with this entire action and all claims pursuant to the parties' November 14, 2013 stipulation;

2. VACATES all pending dates and matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated: **November 15, 2013**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1